**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| **Moises Roberto Bispo Esteves,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 26-14255-NMG** |
| **David Wesling, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

**GORTON, J.**

Having reviewed the pending petition for writ of habeas corpus, the government's response and petitioner's reply thereto (Docket Nos. 1, 8 and 9), the Court directs the government to submit, on or before Thursday, October 1, 2026, a response to petitioner's assertion that the warrant was not issued until after petitioner's arrest.

**So ordered.**

Nathaniel M. Gorton

Nathaniel M. Gorton
Senior United States District Judge

Dated: September 25, 2026